UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DINO ANTOLINI,                                               :
                                                            :
                              Plaintiff,                     :
                                                            :
              - against -                                    :
                                                            :
110 THOMPSON ST OWNERS CORP., et al.,    :
                                                            :
                              Defendants.                    :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2020

19 Civ. 10567 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the telephonic Discovery Conference held before the Court on June

17, 2020, by June 22, 2020, Defendants shall submit a letter of no more than three pages

regarding their request for a stay.  Plaintiff shall file any response by June 25, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:        June 17, 2020
              New York, New York

Copies transmitted to all counsel of record.