```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :
              - against -                                   :
                                                            :
110 THOMPSON ST OWNERS CORP., et al.,                       :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020

19 Civ. 10567 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendant tenants of the subject property have indicated that the restaurant located there has permanently closed and that tenants will vacate the premises in July. Accordingly, no later than July 1, 2020, Plaintiff shall show cause in writing why the case should not be dismissed for mootness and lack of subject matter jurisdiction.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   June 24, 2020
         New York, New York

Copies transmitted to all counsel of record.