## SIMMONS JANNACE DELUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca∆
Allison C. Leibowitz
Stacey Ramis Nigro

Daniel P. Borbet
Katherine R. Cutrone
Irina Feferman*
Ian E. Hannon
Sally Kassim-Schaefer
Michael C. Lamendola*
Aric H. Peymann
Daniel J. Solinsky

Counsel
Susan B. Jannace
Ross M. Chinitz∆

*Also Admitted NJ
∆Also Admitted CT

July 1, 2020

**VIA ECF**
Judge Robert W. Lehrburger
Southern District of New York
500 Pearl Street-Courtroom 18D
New York, New York 10007

  Re: Antolini v. 110 Thompson St. Owners Corp., et al.,
     Case No.: 1:19-cv-10567

Dear Honorable Lehrburger:

  We represent Third-party Defendant Perry Thompson Third, LLC. We respectfully request that this Court reject Mr. Finkelstein's letter in opposition to third party defendant's motion to stay/dismiss the action, filed as Document #84, as it violates this Court's three (3) page rule, and Local Civil Rule 11.1, as it has fails to have at least a one-inch margin on all sides, no doubt prepared with shorter margins all around in order to avoid this Honorable Court's three (3) page limit, which the undersigned complied with in its moving letter.

  Should the Court be inclined to consider Mr. Finkelstein's letter in opposition, we respectfully request an opportunity to reply to plaintiff's counsels' letter, as it not only introduces a request for relief, but does so in an attempt to shift the Court's attention away from the subject of the stay. Mr. Finkelstein's letter is, *inter alia*, uncivil, slanderous and requires a proper response. We therefore request until July 8, 2020 to file a response.

  Thank you for all courtesies extended.

           Very truly yours,

           SIMMONS JANNACE DELUCA, LLP

           *s/ Stacey Ramis Nigro*
           Stacey Ramis Nigro

SRN/yq

Judge Robert W. Lehrburger
Southern District of New York
July 1, 2020
Page 2

cc:

TO:    <u>VIA ECF</u>
WARD LAW, LLC
Attorneys for Defendants
SEBASTIAN POURRAT

<u>VIA ECF</u>
FINKELSTEIN LAW GROUP PLLC
Attorneys for Plaintiff
DINO ANTOLINI

<u>VIA ECF</u>
BRAVERMAN & GREENSPAN P.C.
Attorneys for Defendants
110 THOMPSON ST OWNERS CORP.
And LYNNE KANTER

575124