```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,                                    :
                                                  :
                                Plaintiff,        :
                                                  :
                - against -                       :
                                                  :
110 THOMPSON ST OWNERS CORP., et al.,             :
                                                  :
                                Defendants.       :
------------------------------------------------------------X

19 Civ. 10567 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the Soseb Defendants' letter dated August 20, 2020 (Dkt. 90), and no response having been received from any other party, and the mediation referral having been closed, the stay previously imposed is LIFTED.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:        August 27, 2020
              New York, New York

Copies transmitted to all counsel of record.