```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DINO ANTOLINI,

                     Plaintiff,

      - against -

110 THOMPSON ST OWNERS CORP., et al.,

                    Defendants.
-------------------------------------------------------------X

19 Civ. 10567 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By September 8, 2020, the Soseb Defendants shall file a reply to Plaintiff's July 1, 2020 letter (Dkt. 88), along with an updated affidavit addressing the extent to which the premises have now been permanently vacated by any one or more of the named restaurant "operators" (as referred to by Plaintiff). The affidavit shall also indicate whether the Soseb Defendants (or other of the named "operators") may in the future open any other restaurant at 110 Thompson Street.

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated:      August 28, 2020
                New York, New York

Copies transmitted to all counsel of record.