```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DINO ANTOLINI,

                    Plaintiff,

      - against -

110 THOMPSON ST OWNERS CORP., et al.,

                    Defendants.
-------------------------------------------------------------X

19 Civ. 10567 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On June 24, 2020, the Soseb Defendants filed a letter requesting a pre-motion conference to discuss their anticipated motion to dismiss.  The parties have since filed several pieces of correspondence about that issue.  Accordingly, no later than **September 14, 2020**, the parties shall inform the Court (1) whether they consent to treat the request for a pre-motion conference as a motion to dismiss that the Court may decide based on all correspondence already filed; or (2) whether they instead prefer to proceed by way of formal motion and briefing.  In either instance, because the motion is dispositive, I would issue a report and recommendation to the District Judge unless the parties consent to my deciding the motion.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:     September 8, 2020
             New York, New York

Copies transmitted to all counsel of record.