# SIMMONS JANNACE DELUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Stacey Ramis Nigro
Michael C. Lamendola*

Mary C. Azzaretto
Daniel P. Borbet
Irina Feferman*
Ian E. Hannon
Robert J. Molinari
Aric H. Peymann
Merle Schrager

Counsel

Susan B. Jannace
Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

August 12, 2021

**VIA ECF**
Judge Robert W. Lehrburger
Southern District of New York
500 Pearl Street-Courtroom 18D
New York, New York 10007

      Re:    Antolini v. 110 Thompson St. Owners Corp., et al.,
                Case No.: 1:19-cv-10567

Dear Honorable Lehrburger:

      We represent Third-party Defendant Perry Thompson Third, LLC. This letter is in response to plaintiff's letter of August 11, 2021, that informs this Honorable Court that a new business is purportedly now operating at the subject premises. If the Court recalls, on or about September 28, 2020, a Report and Recommendation was issued recommending, *inter alia*, that Tenant Defendants' Motion to Dismiss the Federal ADA claim is moot and should be dismissed, as the Tenant has permanently closed the restaurant and is not otherwise occupying the premises. No objections to the Report and Recommendations have been filed by the parties.

      Plaintiff's counsel has now notified this Court, without any factual basis identified therein, that a business is currently operating at the subject premises. We have consulted with our client and have been told that there is no new business operating at the premises. Accordingly, this Court's Report & Recommendation finding the Federal ADA claim moot, is not affected. Therefore, the claims against the Tenant Defendant, and accordingly, the Third-Party Defendant, should be dismissed.

                                Very truly yours,

                                SIMMONS JANNACE DELUCA, LLP
                                s/ *Stacey Ramis Nigro*
                                Stacey Ramis Nigro

SRN/yq

Judge Robert W. Lehrburger
Southern District of New York
August 12, 2021
Page 2

        ***Via NYSCEF***
ccs:    Ward Law, LLC
        Finkelstein Law Group PLLC
        Braverman & Greenspan P.C.

659682