USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DINO ANTOLINI,                                          :
                                                        :        19-CV-10567 (PGG) (RWL)
                              Plaintiff,                 :
                                                        :
                - against -                              :        **ORDER**
                                                        :
110 THOMPSON ST OWNERS CORP., et al.,                   :
                                                        :
                              Defendants.                :
                                                        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Plaintiff's request for a conference (Dkt. 109) is denied as the Court's Report and

Recommendation remains pending.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: August 20, 2021
          New York, New York

Copies transmitted this date to all counsel of record.

1