```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,

                Plaintiff,

      - against -

110 THOMPSON ST OWNERS CORP., et al.,

                Defendants.
------------------------------------------------------------X

19-CV-10567 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case was referred to me for General Pretrial (Dkt. 11) and Dispositive Motion to resolve a particular motion at Dkt. 82 (Dkt. 106).  Accordingly, I issued a Report and Recommendation (Dkt. 107), which Judge Gardephe adopted on July 25, 2023 (Dkt. 113). Other than a notice of appearance on behalf of Defendants on September 1, 2023 (Dkt. 114), the Court has not heard from the parties since Judge Gardephe's order adopting the Report and Recommendation.  Accordingly, the parties shall jointly file a status letter with the Court by December 8, 2023.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2023
       New York, New York

Copies transmitted this date to all counsel of record.